The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY WAYNE REISBECK, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> Respondent. ) <br> _____ ) | NO. CV 11-5781RJB <br> (CR10-5407RJB) <br><br> ORDER GRANTING GOVERNMENT'S REQUEST TO FILE DECLARATION ON OR BEFORE DECEMBER 21, 2011 |

On December 19, 2011, Respondent United States of America filed an application for an order permitting the government to file the declaration of John Henry Browne, along with brief supplemental memorandum addressing any additional facts set-forth herein, if necessary, on or before December 21, 2011.

Having considered the government's application, IT IS HEREBY ORDERED as follows:

1.   The government may file the declaration, along with brief supplemental

///

///

///

///

///

ORDER re Filing of Defense Counsel Declaration- 1
*Anthony W. Reisbeck*/CV11-5781RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

memorandum addressing any additional facts set-forth herein, if necessary, on or before December 21, 2011.

    2.    Petitioner's Reply, if any, shall be mailed not later than December 28, 2011.

IT IS SO ORDERED

DATED this 20th day of December, 2011.

*[signature]*
Robert J Bryan
United States District Judge

Presented by:

*s/Jeffrey Backhus*
JEFFREY BACKHUS
Assistant United States Attorney

ORDER re Filing of Defense Counsel Declaration- 2
*Anthony W. Reisbeck*/CV11-5781RJB