The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ANTHONY WAYNE REISBECK, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | NO.  C11-5781RJB <br>       (CR10-5407RJB) <br><br> ORDER SEALING <br> PRESENTENCE REPORT |

Having read the Government's Motion to Seal and because of sensitive information contained within the presentence report,

It is hereby ORDERED that the presentence report for Petitioner Reisbeck shall remain sealed.

DATED this 28th day of December, 2011.

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge

Order Sealing *Reisbeck* PSR - 1
CV 11-5781RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970