The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY WAYNE REISBECK, | |
| Petitioner, | NO. C11-5781RJB (CR10-5407RJB) |
| v. | ORDER SEALING PRESENTENCE REPORT |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Having read the Government's Motion to Seal and because of sensitive information contained within the presentence report,

It is hereby ORDERED that the presentence report for Petitioner Reisbeck shall remain sealed.

DATED this 28th day of December, 2011.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

Order Sealing *Reisbeck* PSR - 1
CV 11-5781RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970