UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY WAYNE REISBECK,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C11- 5781RJB<br><br>(CR10-5407RJB)<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL |

This matter comes before the court on the Motion for Appointment of Counsel filed by petitioner on March 16, 2012 (Dkt. 21). It appears appropriate to appoint counsel for the limited purpose of representing petitioner at the evidentiary hearing, now set for March 29, 2012, at 9:30 a.m., on the limited issue of whether petitioner requested counsel to file a notice of appeal of his sentencing proceeding.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 19th day of March, 2012.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING MOTION FOR
APPOINTMENT OF COUNSEL