The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY WAYNE REISBECK, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | NO.  CV 11-5781RJB <br> (CR10-5407RJB) <br><br> ORDER CONTINUING EVIDENTIARY HEARING ON PETITIONER'S MOTION PURSUANT TO 28 U.S.C. §2255 |

THIS MATTER came before the Court upon the stipulated motion of the parties, requesting a continuance of the hearing date for Petitioner's motion pursuant to 28 U.S.C. § 2255.

Having considered all the files and records herein, and based on the factual predicate set forth in the stipulated motion which is incorporated by this reference:

THIS COURT FINDS that all of the additional time requested between the current trial date of October 19, 2012 and the new hearing date of December 21, 2012, is

///
///
///
///
///
///
///

ORDER CONTINUING HEARING - 1
*Reisbeck v. United States*, CV12-5781RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  necessary to provide counsel for the Petitioner the reasonable time necessary to obtain
2  evidence and otherwise prepare for the hearing.
3      NOW, THEREFORE, IT IS HEREBY ORDERED that the hearing on petitioner's
4  motion pursuant to 28 U.S.C. § 2255 is continued until December 21, 2012 at 9:30 a.m.

6      DATED this 16th  of October, 2012.

        Robert J Bryan
        United States District Judge

13 **Presented by:**

16 */s/ Jeffrey A. Backhus*
   JEFFREY A. BACKHUS
17 Assistant United States Attorney

ORDER CONTINUING HEARING - 2
*Reisbeck v. United States*, CV12-5781RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970